United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. T.,

          Plaintiff,

       v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et al.,

          Defendants.

L. L.,

          Plaintiff,

       v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS),

          Defendant.

M. M.,

          Plaintiff,

       v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS),

          Defendant.

A. G.,

          Plaintiff,

       v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et al.,

          Defendants.

**JUDICIAL REFERRAL TO DETERMINE RELATION**

Case No.  25-cv-10660-JD

Case No.  26-cv-00276-JD

Case No.  26-cv-00280-JD

Case No.  26-cv-00617-JD

The Court respectfully requests that the Honorable Yvonne Gonzalez Rogers determine whether these cases are related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR. *See* Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: February 2, 2026

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2